# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Miracle Lust

                          Plaintiff,

v.                                           Case No.: 1:19−cv−03344
                                                      Honorable Steven C. Seeger

LTF Club Management Company, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on January 30, 2020. The parties previously filed a notice of dismissal of all collective and class claims asserted by Plaintiff on behalf of herself and similarly situated employees under the FLSA without prejudice under Rule 41(a)(1)(A)(ii). (Dckt. No. [46]) All such claims were therefore dismissed "without a court order." See Fed. R. Civ. P. 41(a). All parties agree that the Third Amended Complaint (Dckt. No. [31]) did not purport to bring a class action or a collective action under the Illinois minimum wage law. As a result, upon the filing of the Notice of Dismissal, Plaintiff's individual claims were the only remaining claims in this case. The Court discussed the putative settlement agreement between Plaintiff Lust and the Defendant LTF Club Management. For the reasons discussed in open court, the Court grants Parties' Joint Motion for Approval of Individual Settlement. (Dckt. No. [47]) In light of the settlement, the Court hereby dismisses this case without prejudice. The dismissal shall automatically convert to a dismissal with prejudice on February 28, 2020 unless a party obtains relief from the Court. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.